**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 8, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00487-CR

**TONY SMITH WOODLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1776340**

## MEMORANDUM OPINION

Appellant Tony Smith Woodley has signed and filed a written request to withdraw appellant's notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)